UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00271-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CORY GETON JOHNSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's letter dated January 31, 2014, which the court deems to be a second Motion for Return of Seized Property (#41). In that letter, defendant appears to assert that his designee was given two different number codes for his seized property, but did not receive two duffle bags with clothes and a stereo. He states that his court appointed attorney has not responded to his "150" telephone calls.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government file its response to such second Motion for Return of Seized Property (#41) not later than February 28, 2014.

Signed: 2/18/2014

Max O. Cogburn Jr.
United States District Judge