UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00271-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CORY GETON JOHNSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's second Motion for Return of Seized Property. In its response, the government states that the stereo has been returned and that its case agent will personally coordinate the return of defendant's duffle bags to defendant's counsel, who will then turn such over to defendant's designee. Apparently, the confusion involved numerous case numbers in the transition of charges from state to federal court. The court finds that such efforts by respective counsel will eliminate any need for further court intervention under the Federal Rules of Criminal Procedure, and the government will be allowed 30 days within which to transfer custody of such bags to defense counsel or defendant's designee. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Return of Seized Property (#41) is **GRANTED**, and the government is allowed 30 days within which to turn over defendant's duffle bags to his attorney or to his designee.

Signed: 3/3/2014

Max O. Cogburn Jr.
United States District Judge