UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:10-cr-00271-MOC-DCK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CORY GETON JOHNSON,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on defendant's third Motion for Return of Seized Property (#45). Having considered defendant's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government respond within 14 days to defendant's third Motion for Return of Seized Property (#45). The government shall support this response with an affidavit concerning what, if any, property of defendant remains in its custody and to whom such property has been released.

Signed: May 23, 2014

Max O. Cogburn Jr.
United States District Judge